# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAU GASS,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**ALVIN MATTHEWS, SGT. LORENDA HILL, SGT. CHERYL HILL, LT. JAMES SMITH, JOHN DOE 1, JOHN DOE 2, JANE DOE 1, JANE DOE 2, TERENCE CLARK, ADRIAN CHRISTMAS, COMMISSIONER BLANCHE CARNEY, AND THE CITY OF PHILADELPHIA,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 18-2360** |

## O R D E R

**AND NOW**, this 28th day of November, 2018, upon consideration of Defendants' Motion to Dismiss and accompanying Memorandum of Law (ECF No. 14) and Plaintiff's Response (ECF No. 18), **IT IS ORDERED** that:

1) The Motion is **GRANTED IN PART** insofar as Count IV is **DISMISSED WITH PREJUDICE** as to all Defendants other than the City of Philadelphia; and

2) The Motion is otherwise **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Wendy Beetlestone**
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**