IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAU GASS,<br>      **Plaintiff,**<br><br>v.<br><br>ALVIN MATTHEWS, SGT. LORENDA HILL, SGT. CHERYL HILL, LT. JAMES SMITH, JOHN DOE 1, JOHN DOE 2, JANE DOE 1, JANE DOE 2, TERENCE CLARK, ADRIAN CHRISTMAS, COMMISSIONER BLANCHE CARNEY, AND THE CITY OF PHILADELPHIA,<br>      **Defendants.** | CIVIL ACTION<br><br><br>NO. 18-2360 |

**FILED** APR 16 2019 KATE BARKMAN, Clerk By_____Dep. Clerk

## ORDER

**AND NOW**, this 15th day of April, 2019, upon consideration of Defendants' Partial Motion for Summary Judgment and briefing in support thereof (ECF Nos. 25 & 34), and Plaintiff's Response thereto (ECF No. 28), **IT IS ORDERED** that Defendants' motion is **GRANTED**, accordingly:

1) All counts against the Doe defendants are **DISMISSED**.
2) Count I is **DISMISSED** against Lorenda Hill, Cheryl Hill, and James Smith.
3) Count II is **DISMISSED**.
4) Count III is **DISMISSED** against Lorenda Hill, Cheryl Hill, and James Smith.
5) Count IV is **DISMISSED**.
6) Count V is **DISMISSED**.
7) Count VI is **DISMISSED**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

**ENT'D APR 16 2019**